[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-11256

Non-Argument Calendar

_____

LENA MARIE LINDBERG,

Plaintiff-Appellant,

*versus*

DEAN LACORTE,
owner, beachside storage and office park,
TY BERDEAUX,
court operations manager,
MATTHEW PATTERSON,
deputy clerk,
SCOTT ELLIS,
brevard county clerk of court, retired,
ROBERT BLAISE TRETTIS,
public defender,

2                    Opinion of the Court                    23-11256

et al.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-cv-01747-RBD-DCI

_____

Before WILSON, BRANCH, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The statutory time limit required Lena Lindberg to file a notice of appeal on or before May 31, 2022, which was the next business day after 30 days following the date judgment was deemed entered on the district court's November 29, 2021 dismissal order. 28 U.S.C. § 2107(a); Fed. R. Civ. P. 58(a); Fed. R. App. P. 4(a)(1)(A), (7)(A), 26(a)(1)(C). However, Lindberg did not file a notice of appeal until April 8, 2023.

Additionally, there is no basis in the record for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010) (noting that the timely filing of a notice of

23-11256                Opinion of the Court                3

appeal in a civil case is a jurisdictional requirement, and we cannot entertain an appeal that is out of time).

All pending motions are denied as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.